```
CLERK'S OFFICE U.S. DIST. COURT
       AT ROANOKE, VA
            FILED
        JUL 0 6 2007
   JOHN F. CORCORAN, CLERK
   BY:
        DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ANDRE A. ANDREWS, | ) | |
| Petitioner, | ) | Civil Action No. 7:07-cv-00328 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| CHRIS WEBB, | ) | By: Samuel G. Wilson |
| Respondent. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Andrews' 28 U.S.C. § 2254 petition shall be and hereby is **DISMISSED** without prejudice, and this action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Memorandum Opinion and accompanying Order to the petitioner.

**ENTER**: This 6th day of July, 2007.

_____
United States District Judge